Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Hong Xu**<br>904 Grand Champion Drive<br>Rockville, MD 20850 | ) Case No.:<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) **PETITION FOR MANDAMUS**<br>) |
| **Alberto Gonzales**, United States Attorney<br>General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | )<br>)<br>)<br>)<br>)<br>) |
| **Michael Chertoff**, Secretary of the Department<br>of Homeland Security<br>Office of the General Counsel<br>US Department of Homeland Security<br>Washington, DC 20528 | )<br>)<br>)<br>)<br>) |
| **Emilio T. Gonzalez**, Director of United States<br>Citizenship and Immigration Services<br>Office of the Chief Counsel<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Ave, NW, Rm 4025<br>Washington, DC 20529 | )<br>)<br>)<br>)<br>)<br>) |
| **Richard Caterisano,** Baltimore District<br>Director, United States Citizenship and<br>Immigration Services<br>Baltimore District Fallon Federal Building<br>31 Hopkins Plaza<br>Baltimore, MD 21201 | )<br>)<br>)<br>)<br>)<br>) |

1

**Robert S. Mueller**, Director of Federal Bureau )
of Investigation                                        )
Federal Bureau of Investigation                         )
Office of the General Counsel                           )
935 Pennsylvania Avenue, N.W. Rm 7427                    )
Washington, DC 20535                                    )
                                                        )
                                                        )
                                                        )
_____Defendants._____)


# I.  INTRODUCTION

1.        This is a civil action brought by the Plaintiff, Hong Xu (Alien # 098907413), to compel the Defendants and those acting under them to take action on a pending I-485, Application to Register Permanent Resident or Adjust Status, filed by the Plaintiff.  The I-485 Application was filed on May 13, 2005 with the United States Citizenship and Immigration Services ("USCIS") in accordance with current procedure and which Defendants and those acting under them have failed to take timely action on.


# II.  JURISDICTION AND VENUE

2.        This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) in conjunction with 28 U.S.C. § 1361 (mandamus), the Administrative Procedure Act (APA) (5 U.S.C. §555(b)), and the Immigration & Nationality Act and regulations implementing it (Title 8 of the CFR).

3.        Under 28 U.S.C. § 1331, "(t)he district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  There is jurisdiction under 28 U.S.C. § 1331 because this action arises under 28 U.S.C. § 1361 (mandamus), the Administrative Procedures Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the Immigration & Nationality Act ("INA") and regulations implementing it (Title 8 of the C.F.R.).

4.    Under 28 U.S.C. § 1361, "(t)he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

5.    The APA requires USCIS to carry out its duties within a reasonable time.  The provision of the APA that provides this is 5 U.S.C. § 555(b), which states that, "(w)ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."  As an administrative agency, USCIS is subject to 5 U.S.C. § 555(b).  Plaintiff contends that the delay in processing his application for adjustment of status is unreasonable.

6.    Both the regulations and the INA provide numerous examples of duties owed by the USCIS in the adjustment of status process.  8 U.S.C. § 1103 states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (emphasis added).  The Code of Federal Regulations further provides that "[t]he applicant *shall* be notified of the decision of the Director, and if the application is denied, the reasons for the denial."  8 C.F.R. § 245.2 (a)(5)(i) (emphasis added).  The language of the statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the adjustment of status application.

7.    There are no administrative remedies available to the Plaintiff to redress the grievances described herein.  This action challenges the failure of the Defendants to complete action on the application and issue the decision due Plaintiff and does not challenge any discretionary act by the Defendants.  This action does not challenge the granting or denial of individual applications.  Therefore, the jurisdictional limitations of INA §242, 8 U.S.C. § 1252, do not apply.

8.    Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute applicable to civil actions in which Defendants are officers of the United States acting in official capacities.  Venue is proper under 28 U.S.C. § 1391(e) because the Defendants are either officers or employees of the United States and are being sued in their official capacity.

## III.  PARTIES

9.      The Plaintiff is a native and citizen of the People's Republic of China.  The Plaintiff filed a visa petition (Form I-140) simultaneously with his application for adjustment of status (Form I-485), with USCIS on May 13, 2005.  The visa petition (Form I-140) was approved on February 7, 2006.  The Plaintiff's fingerprints were taken by USCIS on August 27, 2005 to allow for necessary criminal and security clearances.  USCIS has yet to take action on his application despite the case being complete almost two years ago.  Hong Xu is the proper plaintiff for the Defendants' failure to act on the adjustment of status application.  The Defendants' inaction has caused the Plaintiff profound injuries in denying her a final decision on her application to become a Permanent Resident including, but not limited to, requisite fees paid in order to remain in status during this lengthy delay.

10.      The Plaintiff resides in Montgomery county, Maryland and has complied with all requirements in order to adjust his status to that of a permanent resident.

11.      Defendant Alberto Gonzales' mailing address is, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.  Defendant Alberto R. Gonzales is the Attorney General of the United States and this action is brought against him in his official capacity.  He is charged with administering certain background checks currently required by administrative practice in connection with an application for adjustment of status to permanent resident under § 245 of the INA.

12.      Defendant Michael Chertoff, according to regulation is to be served at the Office of General Counsel, USDHS, Washington, DC 20528.  Defendant Michael Chertoff is the United States Secretary of Department of Homeland Security (DHS) and this action is brought against him in his official capacity.  He is charged with, among other things, "[a]ll authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws." 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

13.     Defendant Emilio T. Gonzalez's mailing address is District Director, USCIS, 20 Massachusetts Ave, NW, Rm 4025 Washington, DC 20529.  Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. He is being sued in his official capacity. Defendant Director administers the immigration laws on behalf of the Secretary for Homeland Security and the DHS throughout the United States. 8 C.F.R. § 100.2(a).

14.     Defendant Richard Caterisano's mailing address is Fallon Federal Building 31 Hopkins Plaza Baltimore, MD 21201. Defendant Richard Caterisano is the District Director of the United States Citizenship and Immigration Services, Baltimore office and is charged supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii).  He is being sued in his official capacity.

15.     Defendant Robert S. Mueller, III's mailing address is Director, Federal Bureau of Investigations, J. Edgar Hoover Building, 935 Pennsylvania Ave, NW, Washington DC 20535-0001. Defendant Robert S. Mueller is the Director of Federal Bureau of Investigation (FBI) the law enforcement agency charged with processing security checks for the Plaintiff.  8 C.F.R. § 335.2(b). He is being sued in his official capacity.

## IV.  STATEMENT OF FACTS

16.     The Plaintiff, Hong Xu, is a native and citizen of the People's Republic of China.  She was born on June 21, 1967.

17.     On May 9, 2005, the Plaintiff filed simultaneous applications, Form I-140 and Form I-485, respectively with required documentation at the Vermont Service Center of the USCIS in accordance with specified procedure.  The Vermont Service Center is charged with completing data entry and other aspects of the application and if necessary, scheduling the matter for hearing at the appropriate district office of USCIS, in this case the Washington District Office.  Forms I-140 and I-485 may be simultaneously filed pursuant to 8 C.F.R. §§ 204, 245 and 299.  The Plaintiff's Form I-140 petition was approved on February 7, 2006.

18.     On August 27, 2005, the Plaintiff's fingerprints were taken by USCIS to allow for necessary criminal and security clearances.  Pursuant to 8 C.F.R. § 245.6, each applicant for adjustment of status shall be interviewed by an immigration officer.  However, in an Interoffice Memorandum by William Yates, Associate Director of Operations, to All Regional Directors, District Directors, and Service Center Directors, Regarding Revised Interview Waiver Criteria for Form I-485 Application to Register Permanent Residence or Adjust Status ("Interoffice Memorandum"), dated January 22, 2005, "[t]his interview may be waived if the Service determines that an interview is unnecessary."  The interview waiver criteria are set at the national level.  Hong Xu meets the criteria that Mr. Yates states for current I-485 Employment Based Interview Waiver Criteria because she is employed by the same petitioner who submitted the approved underlying employment-based visa petition.  See Interoffice Memorandum, page 2 (January 22, 2005).

19.     On February 14, 2006, the Plaintiff's counsel sent a letter requesting her case status from the Vermont Service Center.  There was no response from the Vermont Service Center.

20.     On March 22, 2006, the Plaintiff received a letter from the Office of Senator Paul Sarbanes requesting assistance with her name check.  At the bottom of the letter was the e-mail response that Senator Sarbanes Office received that stated, "the case is pending, currently going through the name/date of birth security clearance process - - recheck in approximately 90 days."

21.     On March 24, 2006, the Plaintiff's counsel sent an e-mail to FBINNCP@ic.fbi.gov requesting the status of her name check.  There was no response.

22.     On July 25, 2006, the Plaintiff's counsel filed an inquiry with USCIS Officer Jessica (Confirmation number #T1L20606022585VSC) and was informed that the Results of the fingerprint review were received and processing has resumed.  On August 27, 2006, the Plaintiff's counsel received a written response from USCIS that stated "[T]he processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open."  The letter also advised the Plaintiff to contact the National Service Center if she received no response in six months.

23.    On August 10, 2006, the Plaintiff received a second letter in response to her letter regarding the status of her case from the Office of Senator Paul Sarbanes with an e-mail attached to the bottom that stated, "[t]he case is still pending, awaiting security clearance (very backlogged)".

24.    On December 4, 2006, the Plaintiff's counsel checked the status of her case on the USCIS website which indicated, "fingerprints review completed and the process of the case is ongoing."

25.    On January 19, 2007, the Plaintiff's counsel contacted USCIS and spoke with USCIS officer Jose #359LM regarding the status of the Plaintiff's case. Officer Jose said that he would not file another inquiry, "because it didn't work last time." He suggested writing another letter to the Vermont Service Center directly.

26.    On January 23, 2007, the Plaintiff's counsel delivered a letter to CIS Ombudsman Prakash Khatri with supporting documents requesting assistance in resolving the Plaintiff's case.  On March 2, 2007, the Plaintiff's counsel received a letter from the office of USCIS Ombudsman Prakash Khatri acknowledging receipt of the Plaintiff's request for assistance and indicated that USCIS should issue a response within 45 days.

27.    On March 14, 2007, the Plaintiff's counsel checked the status of her case on the USCIS website which indicated that her case has been "transferred to our Texas Service Center and is now pending there."

28.    Over 670 days have passed since the initial filing and over 564 days have passed since the Plaintiff's fingerprints were taken and the USCIS has still refused to adjudicate the application.

### IV.    REQUEST FOR RELIEF

### COUNT ONE

#### (Unreasonable Delay)

29.    The Plaintiff hereby incorporates the information in paragraphs 1 through 28 above as though fully set forth herein.

30.    The Plaintiff has complied with all of the requirements for her application to register permanent residence or to adjust status.

31.     The Defendants have willfully and unreasonably delayed and have refused to adjudicate the application in violation of provisions of the INA and the APA.

32.     The delay in adjudicating the application is not attributable to the Plaintiff.

33.     The Defendants owe a duty to adjudicate the visa application and adjustment of status application and have unreasonably failed to perform that duty.  This duty is owed under the INA, APA and regulations as well as by charging a filing fee. The proper payment of this fee created an obligation for USCIS to process and adjudicate the application.

34.     The delay is unreasonable per se.

35.     The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency and indicate applications like the Plaintiff's are currently being processed faster now than in prior years.

36.     The delay is unreasonable in light of the fact that upon information and belief, as a result of the delay, the Plaintiff's biometrics have expired and he will have to be fingerprinted again in order for her adjustment of status application to be adjudicated.  Since USCIS has made no efforts to schedule such an appointment, her case remains in an indefinite administrative limbo.

37.     The delay is unreasonable in light of the fact that USCIS has failed to adequately respond to any of the Plaintiff's repeated inquiries into the status of his application.

38.     By making numerous inquiries into the status of the application, the Plaintiff has exhausted any and all administrative remedies that may exist.  No other remedy exists to resolve Defendants' delay and lack of ability or willingness to adjudicate the Plaintiff's application for adjustment of status.

**COUNT TWO**

**(Equal Access to Justice Act)**

39.     The Plaintiff hereby incorporates the information in paragraphs 1 through 28 above as though fully set forth herein.

40.   The Plaintiff seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully prays this Honorable Court to:

1.   Assume jurisdiction over this matter;

2.   Compel the Defendants and those acting under them to perform their duty and complete processing of and render a final decision on the application for adjustment of status for the Plaintiff immediately;

3.   Award the Plaintiff's counsel reasonable attorney's fees and costs; and

4.   Grant such other and further relief as may be just and proper.

Dated: March 14, 2007

Respectfully submitted,

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Hong Xu

9

**EXHIBIT LIST**

Exhibit 1.      Receipt Notice for Plaintiff's I-140 Petition (Form I-797C)

Exhibit 2.      Approval Notice for Plaintiff's I-140 Petition (Form I-797C)

Exhibit 3.      Receipt Notice for Plaintiff's I-485 Application for Adjustment of Status (Form I-797C)

Exhibit 4.      Fingerprint Notification (Form I-797C)

Exhibit 5.      Letter sent to Vermont Service Center requesting case status

Exhibit 6.      Letter from the Office of Senator Paul Sarbanes dated March 22, 2006

Exhibit 7.      Email sent to FBINNCP@ic.fbi.gov requesting status of the name check

Exhibit 8.      Inquiry filed with USCIS Officer Jessica. Confirmation Number #T1L2060602285VSC

Exhibit 9.      Letter from the Office of Senator Paul Sarbanes dated August 10, 2006

Exhibit 10.     Letter from USCIS in response to inquiry filed dated August 27, 2006

Exhibit 11.     Plaintiff's online case status as reported by USCIS as of December 4, 2006

Exhibit 12.     Letter to USCIS Ombudsman Prakash Khatri dated January 25, 2007

Exhibit 13.     Letter from USCIS Ombudsman Prakash Khatri dated March 2, 2007

Exhibit 14.     Plaintiff's online case status as reported by USCIS as of March 14, 2007

Exhibit 15.     USCIS Texas Service Center's published processing times for I-485 employment based adjustment applications as of February 20, 2007

Exhibit 16.     Interoffice Memorandum by William Yates, Associate Director of Operations, to All Regional Directors, District Directors, and Service Center Directors, Regarding Revised Interview Waiver Criteria for Form I-485 Application to Register Permanent Residence or Adjust Status, dated January 22, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of March 2007, I delivered a true and accurate copy of the foregoing documents, Civil Action Cover Sheet and Complaint, to the opposing parties or counsel at the following addresses:

Alberto R. Gonzales, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Michael Chertoff, Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

Richard Caterisano, Baltimore District Director of U.S. Citizenship and Immigration Services
Baltimore District Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20001

# EXHIBIT 1

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| EAC-05-158-50823 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| May 9, 2005 | | COMPUTECH INC |

| NOTICE DATE | PAGE | BENEFICIARY A098 907 412 |
|---|---|---|
| May 13, 2005 | 1 of 1 | XU, HONG |

SAM H. CHANG ESQ
WASSERMAN MANCINI & CHANG
1915 I STREET N W SUITE 400
WASHINGTON DC 20006

**Notice Type:**  Receipt Notice

Amount received: $ 190.00
Section: Mem of Profession w/Adv Deg,or
         of Exceptn'l Ability
         Sec.203(b)(2)

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at **uscis.gov**.
  - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you.
  - If you move while this case is pending, call customer service when you move.
  - Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



# EXHIBIT 2

Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797, Notice of Action

THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>EAC-05-158-50823 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE<br>May 13, 2005 | PRIORITY DATE<br>July 18, 2001 | PETITIONER<br>COMPUTECH INC | |
| NOTICE DATE<br>February 7, 2006 | PAGE<br>1 of 1 | BENEFICIARY  A098 907 412<br>XU, HONG | |

SAM H. CHANG ESQ
WASSERMAN MANCINI & CHANG
1915 I STREET N W SUITE 400
WASHINGTON DC 20006

Notice Type:  Approval Notice
Section: Mem of Profession w/Adv Deg, or
         of Exceptn'l Ability
         Sec.203(b)(2)

The above petition has been approved. The person this petition is for will be notified separately when a decision is
reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien
beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an
extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



# EXHIBIT 3

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-158-50803 | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE<br>May 9, 2005 | PRIORITY DATE | APPLICANT  A98 907 412<br>XU, HONG |
| NOTICE DATE<br>May 13, 2005 | PAGE<br>1 of 1 | |

| | |
|---|---|
| SAM H. CHANG ESQ<br>WASSERMAN MANCINI & CHANG<br>1915 I STREET N W SUITE 400<br>WASHINGTON DC 20006 | Notice Type:  Receipt Notice<br><br>Amount received: $ 385.00<br>Section: Adjustment as direct<br>            beneficiary of immigrant<br>            petition |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
 - You can check our current processing time for this kind of case on our website at uscis.gov.
 - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
 - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
 - We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
 - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

# EXHIBIT 4

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE 08/08/2005 |
|---|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER A098907412 | USCIS A# |
| APPLICATION NUMBER EAC0515850803 | CODE 3 | SERVICE CENTER ESC | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
HONG XU
904 GRAND CHAMPION DRIVE
ROCKVILLE, MD 20850

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS GLENMONT 12331-C GEORGIA AVE. GLENMONT PLAZA WHEATON, MD 20906 | 08/27/2005 8:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS GLENMONT
12331-C GEORGIA AVE.
GLENMONT PLAZA
WHEATON, MD 20906

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
EAC0515850803

WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

# EXHIBIT 5

WASSER᠁N, MANCINI & CHANG, P.C.

ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang
Richard W. Chang

* Pamela R.E. Genise (VA)
* Robin L. Williamson (VA)
* Annie J. Shih (MD)

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

* Practice limited to mat-
ters and proceedings
before federal courts
and agencies

February 14, 2006

Department of Homeland Security
Citizenship and Immigration Service
Vermont Service Center
75 Lower Welden St.
St. Albans, VT 05479-0001

Re:     I-485 Application to Adjust Status
        Applicant: XU, Hong     A98 097 412
        Derivative: SHAO, Zheng     A98 907 413

Dear Sir or Madam:

Please be advised that the above-mentioned applications were received in your office on 05/09/2005. Kindly advise this office the current status of this case at your earliest convenience. Thank you for your kind assistance.

Should you have any questions, please feel free to contact this office.

Sincerely yours,

SAM H. CHANG

SHC/ay/ec
cc: client

# EXHIBIT 6

PAUL S. SARBANES
MARYLAND

PLEASE REPLY TO:
TOWER I, SUITE 1710
100 S. CHARLES STREET
BALTIMORE, MD 21201–2700
(410) 962–4436

# United States Senate

WASHINGTON, DC 20510–2002

March 22, 2006

Ms. Hong Xu
904 Grand Champion Drive
Rockville, Maryland 20850

Dear Ms. Xu:

Enclosed is the correspondence I received from the U.S. Citizenship and Immigration Services, Vermont Service Center in response to my inquiry on your behalf. I hope this information will be of some help to you.

If you have any questions, or if there is any way I can be of further service to you in this or any other matter, please do not hesitate to let me know.

With best regards,

Sincerely,

Paul Sarbanes
United States Senator

PSS/jdr
enclosure

| | |
|---|---|
| Sent: | Tuesday, March 21, 2006 1:50 PM |
| To: | Revell, Joyce (Sarbanes) |
| Subject: | Re:I-485 - XU |

EAC 05 158 50803--the case is pending, currently going through the name/ date of
birth security clearance process--recheck in approximately 90 days.

# EXHIBIT 7

Case 1:07-cv-00503-EGS    Document 1-2    Filed 03/16/2007    Page 14 of 39

This message has been scanned for known viruses.

| | |
|---|---|
| From: | WMC Lawfirm |
| To: | FBINNCP@ic.fbi.gov |
| Subject: | Status of Name Check |
| Date: | Fri, 24 Mar 2006 15:49:38 -0500 |

Dear Sir or Madam,

I represent: XU, Hong
            Date of Birth:  06/21/1967
            A#: 098 907 412

Email Address:  wmclawfirm@aol.com

Kindly advise this office on the current status of Ms. Xu's name check.

Thanks,
Sam H. Chang
Wasserman, Mancini & Chang, P.C.
1915 Eye Street, NW, Suite 400
Washington, DC 20006
Tel: 202-783-8905
Fax: 202-333-1688

# EXHIBIT 8

# ase Status Sear( 1

Receipt Number:    eac0515850803

Application Type:    I485, Application to Register Permanent Residence or to Adjust Status

Current Status:

On September 2, 2005, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made.

---

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375   5283 or 1-800-767-1833 (TTY).

**07/25/2006, 3:17pm, Officer Jessica**

**An inquiry was filed for both Cindy and husband.**

**Confirmation Number:  T1L2060602285VSC**

# EXHIBIT 9

PAUL S. SARBANES
MARYLAND

PLEASE REPLY TO:
TOWER I, SUITE 1710
100 S. CHARLES STREET
BALTIMORE, MD 21201-2700
(410) 962-4436

# United States Senate

WASHINGTON, DC 20510-2002

· August 10, 2006

Ms. Hong Xu
904 Grand Champion Drive
Rockville, Maryland 20850

Dear Ms. Xu:

Enclosed is the correspondence I received from the U.S. Citizenship and Immigration Services, Vermont Service Center in response to my most recent inquiry on your behalf. I hope this information will be of some help to you.

If you have any questions, or if there is any way I can be of further service to you in this or any other matter, please do not hesitate to let me know.

With best regards,

Sincerely,

Paul Sarbanes
United States Senator

PSS/jdr ·
enclosure

**Sent:** Thursday, August 10, 2006 11:05 AM

To: Revell, Joyce (Sarbanes)

Subject: RE: follow-up - I-485 - XU

The case is still pending, awaiting security clearance (very backlogged).

# EXHIBIT 10



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

U.S. Citizenship
and Immigration
Services

Sunday, August 27, 2006

SAM H. CHANG
WASSERMAN, MANCINI & CHANG
1915 I ST NW STE 400
WASHINGTON DC 20006

**ATTORNEY/PARALEGAL COPY**

HONG XU
904 GRAND CHAMPION DR
ROCKVILLE MD 20850

Dear HONG XU:

On 07/25/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | CHEN, ELY |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | SAM H. CHANG |
| **Case type:** | I485 |
| **Filing date:** | 05/09/2005 |
| **Receipt #:** | EAC-05-158-50803 |
| **Beneficiary (if you filed for someone else):** | XU, HONG |
| **Your USCIS Account Number (A-number):** | A098907412 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT 11

# U. S. Citizenship and Immigration Services

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

   Call Scripts and
   Information

Case Status Online

   Case Status
   Search

   Register

   Login

   Case Status
   FAQ's

Case Status

Receipt Number: eac0515850803 — $Xu, Hong$

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Fingerprints review completed.

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

12-04-2006 09:10 AM EST

$EAC-05-158-50778$
$A98907413$ — $SHAO, Zheng.$

# EXHIBIT 12

# WASSERMAN, MANCINI & CHANG, P.C.

ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang
Richard W. Chang

* Pamela R.E. Genise (VA)
* Jessica L. Rodriguez (DC, CA)
* Annie J. Shih (MD)

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

* Practice limited to mat-
ters and proceedings
before federal courts
and agencies

January 23, 2007

Citizenship and Immigration Services Ombudsman
ATTN: Case Problems
United States Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

Dear Mr. Prakash Khatri:

| | |
|---|---|
| Name of Alien: | XU, Hong |
| Home Address: | 904 Grand Champion Drive |
| | Rockville, MD 20850 |
| Date of Birth: | 06/21/1968 |
| Country of Birth: | China |
| Application Receipt Number: | EAC-05-158-50803 (Exhibit 1) |
| A #: | A098907412 |
| Derivative Application for SHAO, Zheng | EAC-05-158-50778 (Exhibit 2) |
| A #: | A098907413 |
| USCIS Office where application was filed: | Vermont Service Center |
| Filing date of application: | May 13, 2005 |
| I-140 Petition Approved: | February 7, 2006 (Exhibit 3) |
| Fingerprints Taken: | August 27, 2005 (Exhibit 4) |
| Problem: | Outside processing time – Pending name check |

### Steps taken to resolve the case problem:

1. 02/14/2006 – Letter sent to Vermont Service requesting case status. (Exhibit 5)
   **Outcome:** No response
2. 03/22/2006 – Letter from Senator Paul Sarbanes Office in response to letter from client with e-mail attached. (Exhibit 6)
   **Outcome:** Case is pending and is undergoing name/date of birth security clearance. Advised to check back in 90 days.
3. 03/24/2006 – Email sent to FBINNCP@ic.fbi.gov requesting status of name check (Exhibit 7)
   **Outcome:** No response
4. 07/25/2006 – Inquiry filed with USCIS Officer Jessica. Confirmation Number #T1L2060602285VSC. Current status: Results of fingerprint review were received and processing has resumed. (Exhibit 8)
   **Outcome:** Written Response on August 27, 2006 – "The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open." Advises contacted National Customer Service Center if no response in six months. (Exhibit 9)
5. 08/10/2006 – Letter from Senator Paul Sarbanes Office in response to letter from client with e-mail attached. (Exhibit 10)
   **Outcome:** Case is pending, awaiting security clearance (very backlogged).

6.  12/04/2006 – Case status check on USCIS website. (Exhibit 11)
    **Outcome:** Current status: Fingerprints review completed and the process of the case
    is ongoing.
7.  01/19/2007 – Office contacted USCIS and spoke to Officer Jose #359LM regarding
    case status. (Exhibit 12)
    **Outcome:** Officer Jose said he is not going to file an inquiry "because it didn't work
    last time." He suggested writing a letter to the Vermont Service Center directly.
Desired Result: FBI name check completed and final processing of I-485 petition.

      Please be advised that we represent Mrs. Xu in this case. Attached to this letter is a copy of the
G-28 signed by the client in preparation for her I-485 Application to Register Permanent Residence or
Adjust Status (Exhibit 13). If you have any further questions or concerns, please do not hesitate to
contact my offices. Thank you and have a nice day.

Sincerely,

Sam H. Chang, Esq.
SHC/jr

# EXHIBIT 13



*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225

# Homeland Security

March 2, 2007

Mr. Sam H. Chang, Attorney at Law
Wasserman, Mancini & Chang, P.C.
1915 I St NW, Suite 400
Washington, DC 20006-2117

Re: Mr./Ms. Hong Xu

Dear Mr. Chang:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

# EXHIBIT 14

# Case Status Search

Receipt Number:    eac0515850803

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
                     ADJUST STATUS

Current Status:
This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS
that was transferred to our TEXAS SERVICE CENTER location is now pending there. You will be
notified by mail when a decision is made, or if the office needs something from you. If you move
while this case is pending, call customer service. We process cases in the order we receive them.
You can use our processing dates to estimate when this case will be done, counting from when
USCIS received it. This case is at our TEXAS SERVICE CENTER location. Follow the link below
to check processing dates. You can also receive automatic e-mail updates as we process your
case. Just follow the link below to register.

———————— ———————————— ——————————

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact
Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

# EXHIBIT 15




Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Texas Service Center Service Center Processing Dates
## Posted February 20, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

### There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

Service Center Processing Dates for **Texas Service Center** Posted February 20, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 13, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | November 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 05, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | January 21, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | January 21, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 20, 2006 |

| | | | |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | November 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | August 21, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | August 21, 2006 |
| I-360 | Petition for Amerasian, Widow (er), or Special Immigrant | All other special immigrants | August 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2003 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | August 21, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | November 20, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional | July 21, 2006 |

| | | hardship or persecution | |
|---|---|---|---|
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | July 25, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | January 22, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | December 04, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | August 21, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | August 21, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | August 21, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | August 21, 2006 |

Print This Page    Back

# EXHIBIT 16

U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

January 5, 2005

# Interoffice Memorandum

To:    Regional Directors
       District Directors
       Service Center Directors

From:  William Yates /s/ (Janis Sposato signed for William Yates)
       Associate Director of Operations
       United States Citizenship and Immigration Services

Re:    Revised Interview Waiver Criteria for Form I-485 Application to Register
       Permanent Residence or Adjust Status

## Purpose.

This memorandum provides revised guidance to the field on how to determine
under what criteria Form I-485 (Application to Register Permanent Residence or Adjust
Status) should be transferred to a District Office for interview. This guidance is
necessary due to the significant increase in the number of cases transferred recently from
the Service Centers to District Offices as a result of the increased production levels we
have seen with our backlog elimination efforts. Upon review of some of the cases
transferred, USCIS felt that the criteria for waiving interviews should be revised to reflect
current operational priorities in support of backlog elimination. Generally, interviews
should be viewed as necessary when the decision to grant or deny the benefits would
benefit from the back and forth questioning of an interview or an assessment of
credibility. Interviews should not be used to obtain information that can be readily
requested and provided in response to an RFE.

## Legal.

Form I-485: Pursuant to 8 CFR 245.6 each applicant for adjustment of status
shall be interviewed by an immigration officer. This interview may be waived if the
Service determines that an interview is unnecessary. The interview waiver criteria are
standards set at the national level.

To: Regional Directors, District Directors, Service Center Directors                Page 2
Re: Revised Interview Waiver Criteria for Form I-485 Application to Register
Permanent Residence or Adjust Status

## Current I-485 Employment Based Interview Waiver Criteria

Generally, employment-based cases meeting the following criteria are waived interview:
- The principal applicant is employed by the same petitioner who submitted the approved underlying employment-based visa petition.

- The principal applicant has been approved as an alien of extraordinary ability or alien of exceptional ability and is otherwise eligible for adjustment of status.

- The principal applicant has been approved as an outstanding professor or researcher, or a multinational executive/manager and has a continuing offer of employment from the same petitioner who submitted the underlying approved petition.

- Adjustment applicants who received national interest waivers based on performing primary medical care to a medically under-served area who demonstrate that they intend to continue according to the terms and conditions of the underlying petition.

## Previously Employed transfer criteria for Form I-485.

Prior to the revisions outlined in this Memorandum, Service Centers automatically transferred cases to District Offices for interview for the following reasons:
- A need for validation of identity;
- A need for validation of legal status;
- Questionable admissibility and/or qualifications;
- Apparent fraud;
- A second filing;
- An applicant with fingerprint rejected twice;
- An applicant with medical condition class A or B;
- The A-file cannot be located at the time of adjudication.

## Revised guidance related to Form I-485 transfer criteria

- **Entry Without Inspection/ Validation of Identity**. USCIS is currently reviewing this requirement. In the interim, if there is no evidence that the alien was inspected, paroled or interviewed by an Immigration officer, the centers will continue to transfer these cases to the district offices for interview.

- **Validation of legal status**. For cases where there is a need to validate legal status, other than lack of evidence of inspection, admission and/or parole, Service Centers will authorize district transfer only where a determination of legal status cannot be obtained through file review and/or by requesting additional evidence from the applicant.

To: Regional Directors, District Directors, Service Center Directors          Page 3
Re: Revised *Interview Waiver Criteria for Form I-485 Application to Register
Permanent Residence or Adjust Status*

- **Questionable admissibility and/or qualifications.** Service Center Directors will no longer send **all IDENTS** to District Offices for interview. A significant percentage of IDENTS exist only because of immigration violations that have already been resolved or could be resolved with the submission of a waiver application. Service Centers

- will now retain those IDENTS that are purely immigration violations and hold for officer review at the time of adjudication. All other IDENTS will continue to be sent to district offices for interview. For cases where **qualifications** are questionable, adjudicators should obtain clarifying information whenever possible through an RFE and adjudicate the case on its merits.

- **Apparent fraud.** Where **fraud** is suspected Service Centers must first go through established liaison and referral procedures with local Fraud Detection Units before transferring cases to the District Office. Cases that are then transferred for fraud should have a memo to file articulating the fraud concerns, delineating any identified evidence, noting the source and extent of that evidence, and identifying all other A-numbers on related cases.

- **Second filing.** For cases where there is evidence that the applicant **applied twice,** all relevant and related files must be obtained, and any questionable issue clarified through an RFE.

- **Fingerprints twice rejected.** Where an applicant's **fingerprints** were **rejected twice by the FBI for illegibility,** Service Centers should have the applicant submit a five year certification of good conduct from local law enforcement.

- **Class A or B medical conditions**. Cases involving **medical** conditions for which a **waiver** can be obtained should be adjudicated without recourse to an interview.

- **A file not located at time of adjudication**. Service Centers must exercise due diligence to ensure that A-files and all other related files are located prior to adjudication. If the A-file is lost, Service Centers must follow existing procedures for creation of temporary files and for adjudication on a temporary file.

While the purpose of this memorandum is to ensure that cases in the waiver categories are only transferred for interview when they will actually benefit from the special attention of an interview, we expect adjudicators to use their judgment about transferring cases for interview whether or not the case falls within the transfer criteria described above. Any case transferred for reasons other than entrance without inspection or non-immigration related IDENTS must first receive supervisory approval of the transfer. Questions related to the above guidance can be directed to Robert Genesoni, at (202) 272-1529, through established communication channels.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Hong Xu | Alberto Gonzales, United States Attorney General<br>Michael Chertoff, Secretary of the Department of Homeland Security<br>Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services<br>Ricardo Catersano, Baltimore District Director, United States Citizenship and Immigration Services<br>Robert S. Mueller, Director of Federal Bureau of Investigation |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Montgomery<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    District of Columbia<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Mark A. Mancini, Esq.<br>Wasserman, Mancini, and Chang, P.C.<br>1915 I Street NW Suite 400<br>Washington, DC 20006 | United States Attorney's Office<br>555 4th Street NW<br>Washington, DC 20001 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
  Plaintiff

○ 3 Federal Question
  (U.S. Government Not a Party)

◉ 2 U.S. Government
  Defendant

○ 4 Diversity
  (Indicate Citizenship of
  Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. *Antitrust***

☐ 410 Antitrust

○ **B. *Personal Injury/***
***Malpractice***

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. *Administrative Agency***
***Review***

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If
    Administrative Agency is Involved)

○ **D. *Temporary Restraining***
***Order/Preliminary***
***Injunction***

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

◉ **E. *General Civil (Other)*** OR ○ **F. *Pro Se General Civil***

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
    defendant
☐ 871 IRS-Third Party 26
    USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure
    of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
    Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
    Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
    Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
    Exchange
☐ 875 Customer Challenge 12 USC
    3410
☐ 900 Appeal of fee determination
    under equal access to Justice
☐ 950 Constitutionality of State
    Statutes
☐ 890 Other Statutory Actions (if
    not administrative agency
    review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1361 - Mandamus Action to compel USCIS to adjudicate Plaintiff's Adjustment of Status Application

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** _____ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 3/14/07   SIGNATURE OF ATTORNEY OF RECORD _(signature)_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.