Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Hong Xu**  Plaintiff, | )))))) |
| vs. | ))) Case No.: 07-cv-00503 |
| **Alberto Gonzales**, et. al  Defendants | ))))))) |

### RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 16)

By:    Certified Mail, restricted delivery – green card attached.

On:    Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services

Date of Service:  March 26, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

                                                Mark A. Mancini, Esq.

                                                4/18/07
                                                Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Hong Xu

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hong Xu

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

Case: 1:07-cv-00503
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/16/2007
Description: XU V. GONZALES

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within  **60**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           MAR 1 6 2007
CLERK                                             DATE

_/s/ Janith Stewart-Curet_
(By) DEPUTY CLERK





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 6662 7538**
Detailed Results:

- **Delivered, March 26, 2007, 9:08 am, WASHINGTON, DC 20529**
- **Notice Left, March 25, 2007, 6:55 am, WASHINGTON, DC 20529**
- **Arrival at Unit, March 25, 2007, 3:18 am, WASHINGTON, DC 20022**

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS       site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do        4/16/2007