Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Hong Xu** | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| | ) Case No.: 07-cv-00503 |
| **Alberto Gonzales**, et. al | )<br>)<br>) |
| Defendants | )<br>)<br>) |

### RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 16)

By:        Certified Mail, restricted delivery – green card attached.

On:        Robert Mueller, III, Director, Federal Bureau of Investigations

Date of Service: March 24, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____
Mark A. Mancini, Esq.

4/18/07
Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Hong Xu

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hong Xu

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

Case: 1:07-cv-00503
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/16/2007
Description: XU V. GONZALES

TO: (Name and address of Defendant)

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               MAR 16 2007

CLERK                                                 DATE

(By) DEPUTY CLERK





Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 6662 7576**
Detailed Results:

- Delivered, March 24, 2007, 3:35 am, WASHINGTON, DC 20022
- Notice Left, March 24, 2007, 3:10 am, WASHINGTON, DC 20535
- Arrival at Unit, March 24, 2007, 2:48 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy