UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONG XU,<br><br>       Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General, <u>et al.</u>,<br><br>       Defendants. | Case Number: 1:07CV0503(EGS) |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiffs by first-class mail, postage prepaid, addressed as follows:

Mark A. Mancini
Wasserman, Mancini, & Chang, P.C.
1915 I Street, N.W. Suite 400
Washington, DC 20006

                                                /s/ *Robin M. Meriweather*
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114