## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONG XU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV0503(EGS) |
| | ) |
| ALBERTO GONZALES, United States | ) |
| Attorney General, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Alberto Gonzales et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due July 25, 2007. Defendants' answer currently is due June 25, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's consent to this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 petition for adjustment of status filed by Plaintiff, a citizen of the People's Republic of China. Plaintiff filed a mandamus complaint on March 17, 2007, asking the Court to compel Defendants to complete adjudication of Plaintiff's I-485 petition.

Defendants seek a 30-day enlargement of time because recent factual developments suggest that it will be possible to resolve this case administratively. An enlargement of time would allow the parties to continue to pursue an administrative resolution to the instant dispute,

thereby potentially avoiding unnecessary litigation

Defendants have previously requested one enlargement of time to file an answer, which this Court granted.  There are no pending deadlines or court dates that this second request for an enlargement would affect.  Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Consent Motion for Extension of Time to File Answer.

Dated: June 22, 2007

                                          Respectfully submitted,

                                          /s/
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                          /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                          /s/     Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Mark A. Mancini
Wasserman, Mancini, & Chang, P.C.
1915 I Street, N.W. Suite 400
Washington, DC 20006

        /s/ *Robin M. Meriweather*
       ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
HONG XU,                                  )
                                          )
           Plaintiff,                     )
                                          )
      v.                                  )   Case Number:  1:07CV0503(EGS)
                                          )
ALBERTO GONZALES, United States           )
Attorney General, <u>et al.</u>,          )
                                          )
           Defendants.                    )
                                          )
_____ )

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to

Plaintiff's Complaint by July 25, 2007.

SO ORDERED.

_____
United States District Judge