**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HONG XU,                                     )<br>                                              )<br>          Plaintiff,                          )<br>                                              )<br>          v.                                  )<br>                                              )<br>ALBERTO GONZALES,                             )<br>Attorney General, *et al.*,                   )<br>                                              )<br>          Defendants.                         )<br>                                              ) | Civil Action No. 07-503 (EGS) |

**ORDER**

Presently pending before the Court is defendants' unopposed motion to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(1).  Defendants have submitted evidence that plaintiff has received the relief she sought, and thus that the case is now moot.  Because plaintiff has filed no response to the defendants' motion to dismiss, and this case does appear moot, the Court will treat the motion as conceded.  *See* Local Civil Rule 7(b).  Accordingly, it is by the Court

**ORDERED** that defendants' Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's case is **DISMISSED**.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Signed:   **Emmet G. Sullivan**
          **United States District Judge**
          **August 21, 2007**